```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
THI HOANG HO (Cal. Bar No. 293978)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0596
     Facsimile: (213) 894-0141
     E-mail:    Thi.Ho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL GOMEZ DZUL,<br>  aka "RUSSELL OZUL GOMEZ,"<br>  aka "RUSSELL DZUL GOMEZ,"<br><br>Defendant. | No. 2:25-mj-03509<br><br><u>MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AGAINST DEFENDANT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)</u> |
|---|---|

    The United States Attorney for the Central District of California hereby requests leave of the Court to dismiss the complaint against defendant RUSSELL GOMEZ DZUL, also known as ("aka") "RUSSELL OZUL GOMEZ," aka "RUSSELL DZUL GOMEZ," without prejudice.

    The government's request for dismissal is made in good faith and in the interest of justice.  The law "generally require[s] a

1

1 district court to defer to the government's decision to seek a
2 dismissal of a criminal charge" under Rule 48(a) motions when they
3 are not opposed by the defense.  <u>United States v. Gonzalez</u>, 58 F.3d
4 459, 462 (9th Cir. 1995).
5      Accordingly, the government requests that the Court grant this
6 motion to dismiss the complaint without prejudice against defendant
7 pursuant to Federal Rule of Criminal Procedure 48(a).  The
8 government further requests that defendant be released from the
9 custody of the U.S. Marshals solely on this charge.

Dated: June 18, 2025                Respectfully submitted,

                                    BILAL A. ESSAYLI
                                    United States Attorney

                                    CHRISTINA T. SHAY
                                    Assistant United States Attorney
                                    Chief, Criminal Division


                                         _____/s/_____
                                    THI HOANG HO
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA