FILED
2025 JUN -9 AM 9:03
CLERK U.S. DIST...
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| --- | --- |
| V. **PLAINTIFF** | 25 mj 3509-Duty |
| Russell  GOMEZ DZUL | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____  **DEFENDANT** | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/7/2025    1530    ☐ AM  ☑ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☑ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. § 111(a)(1)

5. Offense charged is a:  ☑ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☑ Yes    Language: Spanish

7. Year of Birth: 1991

8. Defendant has retained counsel:  ☑ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Special Agent Steve Yoon    (please print)

12. Office Phone Number: 562-972-7816    13. Agency: Homeland Security Invest

14. Signature: [signature]    15. Date: 6/7/2025

CR-64 (05/18)    REPORT COMMENCING CRIMINAL ACTION